IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CV-155-FL

| | | |
|---|---|---|
| NICHOLAS WEARE and SUSAN WEARE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BENNETT BROTHERS YACHTS, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiffs' consent motion to appear at the July 28, 2020 court-hosted settlement conference remotely. [DE-59]. Plaintiffs request permission to appear remotely at the court-hosted settlement conference because they are residents of Bermuda and are considered vulnerable individuals at increased heath risk from COVID-19. For good cause shown, the motion is allowed, and Plaintiffs may appear remotely at the court-hosted settlement conference. A member of the court's IT staff will contact counsel for Plaintiffs to coordinate the remote appearance.

SO ORDERED, the 8th day of July, 2020.

_____
Robert B. Jones, Jr.
United States Magistrate Judge