THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-155-FL

NICHOLAS WEARE and SUSAN WEARE, )
)
Plaintiffs, )
)
v. ) **ORDER**
)
BENNETT BROTHERS YACHTS, INC., )
)
Defendant. )
)

This cause having come before the Court on the Plaintiffs' Motion to Allow Remote Participation of Plaintiffs' Counsel in Upcoming Court-Hosted Settlement Conference, it is hereby **ORDERED** that:

The Motion shall be **GRANTED** and Plaintiffs' counsel shall be permitted to participate in the upcoming court-hosted settlement conference remotely. Plaintiffs' counsel shall confer with the court to arrange for his remote participation in the mediation.

This order shall not be modified except by leave of court upon a showing of good cause, and all requirements set forth in the court's Local Civil Rules governing pretrial and trial procedures not altered herein shall be strictly observed.

SO ORDERED, this 24th day of July, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge